# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135388

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEPHEN LANPHAR,
          Plaintiff-Appellant,

v

SHERRY SHISLER,
          Defendant-Appellee.

SC: 135388
COA: 275124
Oakland CC: 2005-067048-NO

_____/

On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317